WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sidney Ray Keaton,<br><br>  Petitioner,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>  Respondents. | CIV 12-8114-PCT-DGC (MHB)<br><br>**ORDER** |

The Court, having considered Petitioner's "motion to preclude state's answering brief" (Doc. 11) and "motion for court to accept Petitioner's consent" (Doc. 15),

**IT IS ORDERED** that Petitioner's "motion to preclude state's answering brief" (Doc. 11) is **DENIED**;

**IT IS FURTHER ORDERED** that Petitioner's "motion for court to accept Petitioner's consent" (Doc. 15) is **DENIED** as moot.

DATED this 30th day of November, 2012.

_Michelle H. Burns_
Michelle H. Burns
United States Magistrate Judge