WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Sidney Ray Keaton, | ) | CIV 12-8114-PCT-DGC (MHB) |
| | ) | |
| Petitioner, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Charles L. Ryan, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| | ) | |

The Court, having considered Petitioner's "motion to preclude state's answering brief" (Doc. 11) and "motion for court to accept Petitioner's consent" (Doc. 15),

**IT IS ORDERED** that  Petitioner's "motion to preclude state's answering brief" (Doc. 11) is **DENIED**;

**IT IS FURTHER ORDERED** that Petitioner's "motion for court to accept Petitioner's consent" (Doc. 15) is **DENIED** as moot.

DATED this 30th day of November, 2012.

Michelle H. Burns
United States Magistrate Judge